Witman v. Webner et al., Appellants.

Argued November 17, 1932.

Before TREXLER, P. J., KELLER, GAWTHROP, CUNNINGHAM, BALDRIGE, STADTFELD and PARKER, JJ.

*Samuel E. Bertolet,* and with him *John B. Stevens, Charles H. Weidner, William E. Fisher, Dawson H. Muth, John W. Forry and L. H. Heist,* for appellants.

*Jos. R. Dickinson,* and with him *Ira G. Kutz,* for appellee.

OPINION BY TREXLER, P. J., March 3, 1933:

In accordance with the opinion filed at No. 272, October Term, 1932, the judgment in this appeal is affirmed.